UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL M. CRITTENDEN,

      Plaintiff,                               Case No. 1:12-CV-826

v.                                               HON. ROBERT HOLMES BELL

RICHARD GEORGI, et al.,

      Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 22, 2012, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff's *in forma pauperis* complaint be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2), and that leave to appeal *in forma pauperis* be denied, as any appeal would be frivolous. (Dkt. No. 12, R&R.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's August 22, 2012, R&R (Dkt. No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER CERTIFIED**, pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), that an appeal of this action would not be in good faith.


Dated: September 28, 2012                /s/ Robert Holmes Bell
                                         ROBERT HOLMES BELL
                                         UNITED STATES DISTRICT JUDGE